In the Matter of the Application of THE TROY PRESS COM-
PANY, Respondent, for a Peremptory Writ of Mandamus
against THE CLERK OF THE BOARD OF SUPERVISORS OF
RENSSELAER COUNTY.

THE TROY OBSERVER PUBLISHING COMPANY, Appellant.

*Matter of Troy Press Co.*, 94 App. Div. 514, affirmed.
(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
14, 1904, which reversed an order of Special Term denying a
motion for a peremptory writ of mandamus to compel the
clerk of the board of supervisors of Rensselaer county to
notify the secretary of state of the designation of the *Troy
Daily Press* as an official newspaper, and granted such
motion.

*T. J. Quillinan* for appellant.

*G. B. Wellington* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE F. P.
BHUMGARA COMPANY, Respondent, *v.* JAMES L. WELLS et
al., Constituting the Board of Taxes and Assessments of the
City of New York, Appellants.

*People ex rel. Bhumgara Co.* v. *Wells*, 93 App. Div. 212, affirmed.
(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
21, 1904, which affirmed an order of Special Term reducing
an assessment upon the personal property of the relator for
the year 1902.

*John J. Delany*, Corporation Counsel (*George S. Coleman*
and *E. Crosby Kindleberger* of counsel), for appellants.